UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: DUNBAR, JUANITA SEATON § Case No. 12-44389-ABG
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 08, 2012. The undersigned trustee was appointed on November 08, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        617,318.10

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 358,407.22 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 243,910.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 05/07/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $27,977.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $27,977.72, for a total compensation of $27,977.72.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2016        By: /s/ILENE F. GOLDSTEIN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44389-ABG  
**Case Name:** DUNBAR, JUANITA SEATON  

**Period Ending:** 03/16/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/08/12 (f)  
**§341(a) Meeting Date:** 12/14/12  
**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 1920 North Ave., Waukegan, IL<br>Imported from original petition Doc# 1 | 116,360.00 | 0.00 | | 0.00 | FA |
| 2 | Time Share, Florida<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account TCF Bank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | TV & Furniture<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Normal Apparel<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance Policy Death Benefit Only<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance Policy<br>Imported from original petition Doc# 1 | 13,000.00 | 0.00 | | 0.00 | FA |
| 8 | ERISA Qualified 401 (k) Retirement Plan<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 9 | Wrongful Death - Malpractice<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 617,318.10 | FA |
| 10 | 2006 Scion XB Carmax $1,200.00<br>Imported from original petition Doc# 1 | 7,143.00 | 729.00 | | 0.00 | FA |
| 11 | 2003 Dodge Caravan Carmax $1,300.00<br>Imported from original petition Doc# 1 | 2,237.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$146,140.00** | **$729.00** | | **$617,318.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE IS PURSUING THE DEBTOR'S INTEREST IN A WRONGFUL DEATH LAWSUIT WHICH HAS BEEN PARTIALLY SETTLED AND IS UP FOR APPROVAL BEFORE THE BANKRUPTCY COURT ON JANUARY 8, 2016. THIS SETTLEMENT MAY YIELD FUNDS TO PAY ALL OF THE CREDITORS IN THE ESTATE AND PROVIDE A SURPLUS PAYMENT. THE TRUSTEE RETAINED SPECIAL COUNSEL TO PURSUE THE CAUSE OF ACTION.

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44389-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** DUNBAR, JUANITA SEATON  **Filed (f) or Converted (c):** 11/08/12 (f)
 **§341(a) Meeting Date:** 12/14/12
**Period Ending:** 03/16/16  **Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   December 31, 2016

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-44389-ABG
**Case Name:** DUNBAR, JUANITA SEATON

**Taxpayer ID #:** **-***4947
**Period Ending:** 03/16/16

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******6766 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/16 | {9} | Levin Riback, Client Funds | Settlement on Wrongful Death | 1129-000 | 617,318.10 | | 617,318.10 |
| 02/03/16 | 101 | Juanita Seaton Dunbar | Exemption | 8100-002 | | 15,000.00 | 602,318.10 |
| 02/03/16 | 102 | Richard Levin and Levin Riback Law Group, P.C. | Attorney Fees, Special Counsel | 3210-600 | | 290,878.63 | 311,439.47 |
| 02/03/16 | 103 | Richard Levin, Levin Riback Law Group, P.C. | Attorney Expenses, Special Counsel | 3220-610 | | 67,416.64 | 244,022.83 |
| 02/22/16 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #12-44389 | 2300-000 | | 111.95 | 243,910.88 |
| | | | **ACCOUNT TOTALS** | | 617,318.10 | 373,407.22 | **$243,910.88** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 617,318.10 | 373,407.22 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$617,318.10** | **$358,407.22** | |

| | |
|---|---:|
| Net Receipts : | 617,318.10 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $602,318.10 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6766** | 617,318.10 | 358,407.22 | 243,910.88 |
| | $617,318.10 | $358,407.22 | $243,910.88 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-44389-ABG  
**Debtor Name:** DUNBAR, JUANITA SEATON

Page: 1

**Date:** March 16, 2016  
**Time:** 09:57:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 494554.37] | $27,977.72 | $0.00 | 27,977.72 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $7,773.00 | $0.00 | 7,773.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $87.68 | $0.00 | 87.68 |
| 1<br>610 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | History: Details1-102/11/2014Claim #1 filed by Wells Fargo Bank NA, Amount claimed: $7341.66 (Trotter, David )<br>-------------------------------------------------------------------------------\* \* \* | $7,341.66 | $0.00 | 7,341.66 |
| 2<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details2-103/12/2014Claim #2 filed by American Express Centurion Bank, Amount claimed: $5649.81 (Lee, Thomas )<br>-------------------------------------------------------------------------------\* \* \* | $5,649.81 | $0.00 | 5,649.81 |
| 3<br>610 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details3-103/19/2014Claim #3 filed by Toyota Motor Credit Corporation, Amount claimed: $70925.11 (Lee, Thomas )<br>-------------------------------------------------------------------------------\* \* \* | $70,925.11 | $0.00 | 70,925.11 |
| 4<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details4-104/26/2014Claim #4 filed by Capital Recovery V, LLC, Amount claimed: $1610.63 (Singh, Ramesh )<br>-------------------------------------------------------------------------------\* \* \* | $1,610.63 | $0.00 | 1,610.63 |
| 5<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details5-104/26/2014Claim #5 filed by Capital Recovery V, LLC, Amount claimed: $801.04 (Singh, Ramesh )<br>-------------------------------------------------------------------------------\* \* \* | $801.04 | $0.00 | 801.04 |
| 6<br>610 | Portfolio Recovery Associates, LLC<br>successor to,HSBC CONSUMER LENDING<br>(USA) INC,(BENEFICIAL),POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details6-104/30/2014Claim #6 filed by Portfolio Recovery Associates, LLC, Amount claimed: $12586.00 (Garcia, Dolores )<br>-------------------------------------------------------------------------------\* \* \* | $12,586.00 | $0.00 | 12,586.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-44389-ABG  
**Debtor Name:** DUNBAR, JUANITA SEATON  

Page: 2

**Date:** March 16, 2016  
**Time:** 09:57:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | Portfolio Recovery Associates, LLC successor to,CAPITAL ONE, NATIONAL ASSOCIATION,(HSBC BANK NEVADA, N.A),POB Norfolk, VA 23541 | Unsecured | | $792.65 | $0.00 | 792.65 |
| | | | History: Details7-104/30/2014Claim #7 filed by Portfolio Recovery Associates, LLC, Amount claimed: $792.65 (Garcia, Dolores ) --------------------------------------------------------------------------------* * * | | | |
| 1I 640 | Wells Fargo Bank NA PO Box 10438 Des Moines, IA 50306-0438 | Unsecured | | $44.32 | $0.00 | 44.32 |
| 2I 640 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $34.10 | $0.00 | 34.10 |
| 3I 640 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $428.12 | $0.00 | 428.12 |
| 4I 640 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | | $9.72 | $0.00 | 9.72 |
| 5I 640 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | | $4.84 | $0.00 | 4.84 |
| 6I 640 | Portfolio Recovery Associates, LLC successor to,HSBC CONSUMER LENDING (USA) INC,(BENEFICIAL),POB 41067 Norfolk, VA 23541 | Unsecured | | $75.97 | $0.00 | 75.97 |
| 7I 640 | Portfolio Recovery Associates, LLC successor to,CAPITAL ONE, NATIONAL ASSOCIATION,(HSBC BANK NEVADA, N.A),POB Norfolk, VA 23541 | Unsecured | | $4.78 | $0.00 | 4.78 |
| SURPLUS 650 | DUNBAR, JUANITA SEATON 5710 4th Avenue Apt 620 Kenosha, WI 53140 | Unsecured | | $107,763.73 | $0.00 | 107,763.73 |
| **<< Totals >>** | | | | 243,910.88 | 0.00 | 243,910.88 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-44389-ABG
Case Name: DUNBAR, JUANITA SEATON
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 243,910.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 243,910.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 27,977.72 | 0.00 | 27,977.72 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 7,773.00 | 0.00 | 7,773.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 87.68 | 0.00 | 87.68 |

Total to be paid for chapter 7 administration expenses: $ 35,838.40
Remaining balance: $ 208,072.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 208,072.48

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 208,072.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,706.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 7,341.66 | 0.00 | 7,341.66 |
| 2 | American Express Centurion Bank | 5,649.81 | 0.00 | 5,649.81 |
| 3 | Toyota Motor Credit Corporation | 70,925.11 | 0.00 | 70,925.11 |
| 4 | Capital Recovery V, LLC | 1,610.63 | 0.00 | 1,610.63 |
| 5 | Capital Recovery V, LLC | 801.04 | 0.00 | 801.04 |
| 6 | Portfolio Recovery Associates, LLC | 12,586.00 | 0.00 | 12,586.00 |
| 7 | Portfolio Recovery Associates, LLC | 792.65 | 0.00 | 792.65 |

| | Total to be paid for timely general unsecured claims: | $ | 99,706.90 |
|---|---|---|---|
| | Remaining balance: | $ | 108,365.58 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 108,365.58

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 108,365.58

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $601.85.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 107,763.73.

**UST Form 101-7-TFR (05/1/2011)**