**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-44389 |
| | ) | |
| Juanita Seaton Dunbar | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the previously filed **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on March 18, 2016.

      /s/ Ilene F. Goldstein
      Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**      **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**      **Via Court's Electronic Notice for Registrants**
David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

**Debtor**      **Via First Class Mail**
Juanita Seaton Dunbar
5710 4th Avenue, Apt. 620
Kenosha, WI 53140

**See Attached Service List All Served Via First Class Mail**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMEX
Attn: Bankruptcy Department
PO Box 297871
Fort Lauderdale, FL 33329-7871

AMEX
Bankruptcy Department
PO Box 981535
El Paso, TX 79998-1535

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130-0285

Capital Recovery V, LLC
c/o Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

CarMax Financial
Bankrupty Department
225 Chastain Meadow Ct, NW Ste 210
Kennesaw, GA 30144-5942

GECRB/JC Penneys
PO Box 981402
El Paso, TX 79998-1402

Gemb/JC Penney
Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

HFC (Household Finance Company)
Bankruptcy Department
PO Box 15521
Wilmington, DE 19850-5521

One Main Financial
300 Saint Paul Place
Baltimore, MD 21202-2120

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541-1067

Sears/CBNA
133200 Smith Rd.
Cleveland, OH 44130

Sears/Citi
Attn: Bankruptcy Department
PO Box 6241
Sioux Falls, SD 57117-6241

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Toyota Motor Credit Corporation
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

WFF Cards
CSCL Dispute TM-MAC N8235-04M
PO Box 14517
Des Moines, IA 50306-3517

WFHM (Wells Fargo Home Mortgage)
Bankruptcy Department
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA 50306-0438

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY DEPT MAC
3476 STATEVIEW BLVD
FORT MILL, SC 29715-7203

Westgate Group, LLC
PO Box 025250
#14118
Miami, FL 33102-5250

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090-6005

Ilene F Goldstein ESQ
Law Offices of Ilene F. Goldstein
900 Skokie Blvd
Ste 128
Northbrook, IL 60062-4052

Juanita Seaton Dunbar
5710 4th Avenue, Apt 620
Kenosha, WI 53140

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Cap One
Bankruptcy Dept.
PO Box 5155
Norcross, GA 30091

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
successor to
CAPITAL ONE, NATIONAL
(HSBC BANK NEVADA, N.A)
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
successor to
HSBC CONSUMER LENDING (USA)
(BENEFICIAL)
Norfolk, VA 23541

Wells Fargo HM Mortgage  
Attn: Bankruptcy Department  
8480 Stagecoach Circle  
Frederick, MD 21701

Wells Fargo Bank, NA

American Express Centurion Bank  
c/o Becket and Lee LLP  
POB 3001  
Malvern, PA 19355-0701

Toyota Motor Credit Corporation  
c/o Becket and Lee LLP  
POB 3001  
Malvern, PA 19355-0701

Juanita Seaton Dunbar  
5710 Forest Ave.  
Kenosha, WI 53140