# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  DUNBAR, JUANITA SEATON § Case No. 12-44389
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ILENE F. GOLDSTEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **4/08/2016 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/17/2016           By:  /s/ Ilene F. Goldstein
Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: DUNBAR, JUANITA SEATON                              §      Case No. 12-44389
                                                          §
                                                          §
Debtor(s)                                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 617,318.10 |
| *and approved disbursements of* | $ | 373,407.22 |
| *leaving a balance on hand of* [1] | $ | 243,910.88 |

| | | |
|---|---|---|
| **Balance on hand:** | $ | 243,910.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 243,910.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 27,977.72 | 0.00 | 27,977.72 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 7,773.00 | 0.00 | 7,773.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 87.68 | 0.00 | 87.68 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 35,838.40 |
| Remaining balance: | $ | 208,072.48 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative fees and expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 208,072.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 208,072.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,706.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 7,341.66 | 0.00 | 7,341.66 |
| 2 | American Express Centurion Bank | 5,649.81 | 0.00 | 5,649.81 |
| 3 | Toyota Motor Credit Corporation | 70,925.11 | 0.00 | 70,925.11 |
| 4 | Capital Recovery V, LLC | 1,610.63 | 0.00 | 1,610.63 |
| 5 | Capital Recovery V, LLC | 801.04 | 0.00 | 801.04 |
| 6 | Portfolio Recovery Associates, LLC | 12,586.00 | 0.00 | 12,586.00 |
| 7 | Portfolio Recovery Associates, LLC | 792.65 | 0.00 | 792.65 |

Total to be paid for timely general unsecured claims: $ 99,706.90

Remaining balance: $ 108,365.58

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 108,365.58 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 108,365.58 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $601.85.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 107,763.73.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-44389-ABG
Juanita Seaton Dunbar                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton        Page 1 of 2         Date Rcvd: Mar 21, 2016
                             Form ID: pdf006         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2016.
db            Juanita Seaton Dunbar,    5710 Forest Ave.,   Kenosha, WI  53140
aty          +Levin, Riback Law Group, PC,    60 W. Randolph,    Suite 333,   Chicago, IL 60601-3373
aty          +Richard Levin,    Levin, Riback Law Group, PC,    60 W Randolph,    Suite 333,
              Chicago, IL 60601-3373
19670169      AMEX,    Bankruptcy Department,    PO Box 981535,   El Paso, TX 79998-1535
19670170     +AMEX,    Attn: Bankruptcy Department,    PO Box 297871,   Fort Lauderdale, FL 33329-7871
19683842      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
19670171     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Bankruptcy Dept.,   PO Box 5155,   Norcross, GA 30091)
19670172     +Capital One,    Bankruptcy Department,    PO Box 30285,   Salt Lake City, UT 84130-0285
19670173      CarMax Financial,    Bankruptcy Department,    225 Chastain Meadow Ct, NW Ste 210,
              Kennesaw, GA 30144-5942
19670176     +HFC (Household Finance Company),    Bankruptcy Department,    PO Box 15521,
              Wilmington, DE 19850-5521
19670177     +One Main Financial,    300 Saint Paul Place,   Baltimore, MD 21202-2120
19670178      Sears/CBNA,    133200 Smith Rd.,   Cleveland, OH 44130
19670179     +Sears/Citi,    Attn: Bankruptcy Department,    PO Box 6241,   Sioux Falls, SD 57117-6241
19670180      THD/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
19710423      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
19670181     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo HM Mortgage,   Attn: Bankruptcy Department,
              8480 Stagecoach Circle,    Frederick, MD 21701)
19670183     +WFF Cards,    CSCL Dispute TM-MAC N8235-04M,    PO Box 14517,   Des Moines, IA 50306-3517
19670184     +WFHM (Wells Fargo Home Mortgage),    Bankruptcy Department,    PO Box 10335,
              Des Moines, IA 50306-0335
21509200      Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA 50306-0438
19670182     +Westgate Group, LLC,    PO Box 025250,   #14118,   Miami, FL 33102-5250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21852020      E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2016 01:48:21     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19670174     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:48:53     GECRB/JC Penneys,    PO Box 981402,
              El Paso, TX 79998-1402
19670175     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2016 01:48:53     Gemb/JC Penney,
              Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
21866238      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2016 01:49:06
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
21866370      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2016 01:47:55
              Portfolio Recovery Associates, LLC,    successor to,    CAPITAL ONE, NATIONAL ASSOCIATION,
              (HSBC BANK NEVADA, N.A),    POB 41067,   Norfolk VA 23541
21866303      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2016 01:49:19
              Portfolio Recovery Associates, LLC,    successor to,    HSBC CONSUMER LENDING (USA) INC,
              (BENEFICIAL),    POB 41067,   Norfolk VA 23541
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21639635*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21676557*     Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: Mar 21, 2016
                             Form ID: pdf006           Total Noticed: 26

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2016 at the address(es) listed below:
      Annie W. Lopez     on behalf of Creditor   Wells Fargo Bank, NA alopez@walinskilaw.com
      David M Siegel     on behalf of Debtor 1 Juanita  Seaton Dunbar davidsiegellaw@hotmail.com,
      davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
      Ilene F Goldstein     on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
      Ilene F Goldstein, ESQ     on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
      IL35@ecfcbis.com
      Ilene F Goldstein, ESQ     ifgcourt@aol.com,  IL35@ecfcbis.com
      Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov

                                                                    TOTAL: 6