# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: DUNBAR, JUANITA SEATON                    §   Case No. 12-44389
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $146,140.00 *(without deducting any secured claims)* | Assets Exempt: $41,000.00 |
| Total Distribution to Claimants: $100,308.75 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $394,245.62 | |

3)  Total gross receipts of $ 617,318.10 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 122,763.73 (see **Exhibit 2**), yielded net receipts of $494,554.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 394,245.62 | 394,245.62 | 394,245.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 100,308.75 | 100,308.75 | 100,308.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $494,554.37 | $494,554.37 | $494,554.37 |

4)  This case was originally filed under Chapter 7 on November 08, 2012.
The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/19/2016              By:  /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful Death - Malpractice | 1129-000 | 617,318.10 |
| **TOTAL GROSS RECEIPTS** | | $617,318.10 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Juanita Seaton Dunbar | Exemption | 8100-002 | 15,000.00 |
| DUNBAR, JUANITA SEATON | Dividend paid 100.00% on $107,763.73; Claim# SURPLUS; Filed: $107,763.73; Reference: | 8200-002 | 107,763.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $122,763.73 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 27,977.72 | 27,977.72 | 27,977.72 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 7,773.00 | 7,773.00 | 7,773.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | | 87.68 | 87.68 | 87.68 |
| Richard Levin and Levin Riback Law Group, P.C. | 3210-600 | N/A | | 290,878.63 | 290,878.63 | 290,878.63 |
| Richard Levin, Levin Riback Law Group, P.C. | 3220-610 | N/A | | 67,416.64 | 67,416.64 | 67,416.64 |
| Arthur B. Levine Company | 2300-000 | N/A | | 111.95 | 111.95 | 111.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $394,245.62 | $394,245.62 | $394,245.62 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 7100-000 | N/A | 7,341.66 | 7,341.66 | 7,341.66 |
| 1I | Wells Fargo Bank NA | 7990-000 | N/A | 44.32 | 44.32 | 44.32 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 5,649.81 | 5,649.81 | 5,649.81 |
| 2I | American Express Centurion Bank | 7990-000 | N/A | 34.10 | 34.10 | 34.10 |
| 3 | Toyota Motor Credit Corporation | 7100-000 | N/A | 70,925.11 | 70,925.11 | 70,925.11 |
| 3I | Toyota Motor Credit Corporation | 7990-000 | N/A | 428.12 | 428.12 | 428.12 |
| 4 | Capital Recovery V, LLC | 7100-000 | N/A | 1,610.63 | 1,610.63 | 1,610.63 |
| 4I | Capital Recovery V, LLC | 7990-000 | N/A | 9.72 | 9.72 | 9.72 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 801.04 | 801.04 | 801.04 |
| 5I | Capital Recovery V, LLC | 7990-000 | N/A | 4.84 | 4.84 | 4.84 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | | 12,586.00 | 12,586.00 | 12,586.00 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | | 75.97 | 75.97 | 75.97 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | | 792.65 | 792.65 | 792.65 |
| 7I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | | 4.78 | 4.78 | 4.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $100,308.75 | $100,308.75 | $100,308.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44389

**Case Name:** DUNBAR, JUANITA SEATON

**Period Ending:** 10/19/16

**Trustee:** (330290)   ILENE F. GOLDSTEIN

**Filed (f) or Converted (c):** 11/08/12 (f)

**§341(a) Meeting Date:** 12/14/12

**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 1920 North Ave., Waukegan, IL<br>Imported from original petition Doc# 1 | 116,360.00 | 0.00 | | 0.00 | FA |
| 2 | Time Share, Florida<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account TCF Bank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | TV & Furniture<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Normal Apparel<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance Policy Death Benefit Only<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance Policy<br>Imported from original petition Doc# 1 | 13,000.00 | 0.00 | | 0.00 | FA |
| 8 | ERISA Qualified 401 (k) Retirement Plan<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 9 | Wrongful Death - Malpractice<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 617,318.10 | FA |
| 10 | 2006 Scion XB Carmax $1,200.00<br>Imported from original petition Doc# 1 | 7,143.00 | 729.00 | | 0.00 | FA |
| 11 | 2003 Dodge Caravan Carmax $1,300.00<br>Imported from original petition Doc# 1 | 2,237.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$146,140.00** | **$729.00** | | **$617,318.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE IS PURSUING THE DEBTOR'S INTEREST IN A WRONGFUL DEATH LAWSUIT WHICH HAS BEEN PARTIALLY SETTLED AND IS UP
FOR APPROVAL BEFORE THE BANKRUPTCY COURT ON JANUARY 8, 2016.  THIS SETTLEMENT MAY YIELD FUNDS TO PAY ALL OF THE CREDITORS IN
THE ESTATE AND PROVIDE A SURPLUS PAYMENT.  THE TRUSTEE RETAINED SPECIAL COUNSEL TO PURSUE THE CAUSE OF ACTION.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44389

**Case Name:**  DUNBAR, JUANITA SEATON

**Period Ending:** 10/19/16

**Trustee:**      (330290)   ILENE F. GOLDSTEIN

**Filed (f) or Converted (c):**   11/08/12 (f)

**§341(a) Meeting Date:**    12/14/12

**Claims Bar Date:**       05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)   Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015          **Current Projected Date Of Final Report (TFR):**     December 31, 2016

Printed: 10/19/2016 12:15 PM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-44389

**Case Name:** DUNBAR, JUANITA SEATON

**Taxpayer ID #:** **-***4947

**Period Ending:** 10/19/16

**Trustee:** ILENE F. GOLDSTEIN (330290)

**Bank Name:** Rabobank, N.A.

**Account:** ******6766 - Checking Account

**Blanket Bond:** $5,000,000.00   (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Checking<br>Account Balance |
| 01/29/16 | {9} | Levin Riback, Client Funds | Settlement on Wrongful Death | 1129-000 | 617,318.10 | | 617,318.10 |
| 02/03/16 | 101 | Juanita Seaton Dunbar | Exemption | 8100-002 | | 15,000.00 | 602,318.10 |
| 02/03/16 | 102 | Richard Levin and Levin Riback Law Group, P.C. | Attorney Fees, Special Counsel | 3210-600 | | 290,878.63 | 311,439.47 |
| 02/03/16 | 103 | Richard Levin, Levin Riback Law Group, P.C. | Attorney Expenses, Special Counsel | 3220-610 | | 67,416.64 | 244,022.83 |
| 02/22/16 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #12-44389 | 2300-000 | | 111.95 | 243,910.88 |
| 04/08/16 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $7,773.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,773.00 | 236,137.88 |
| 04/08/16 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $87.68, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 87.68 | 236,050.20 |
| 04/08/16 | 107 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $27,977.72, Trustee Compensation;  Reference: | 2100-000 | | 27,977.72 | 208,072.48 |
| 04/08/16 | 108 | Wells Fargo Bank NA | Dividend paid 100.00% on $7,341.66; Claim# 1; Filed: $7,341.66; Reference: | 7100-000 | | 7,341.66 | 200,730.82 |
| 04/08/16 | 109 | American Express Centurion Bank | Dividend paid 100.00% on $5,649.81; Claim# 2; Filed: $5,649.81; Reference: | 7100-000 | | 5,649.81 | 195,081.01 |
| 04/08/16 | 110 | Toyota Motor Credit Corporation | Dividend paid 100.00% on $70,925.11; Claim# 3; Filed: $70,925.11; Reference: | 7100-000 | | 70,925.11 | 124,155.90 |
| 04/08/16 | 111 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,610.63; Claim# 4; Filed: $1,610.63; Reference: | 7100-000 | | 1,610.63 | 122,545.27 |
| 04/08/16 | 112 | Capital Recovery V, LLC | Dividend paid 100.00% on $801.04; Claim# 5; Filed: $801.04; Reference: | 7100-000 | | 801.04 | 121,744.23 |
| 04/08/16 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $12,586.00; Claim# 6; Filed: $12,586.00; Reference: | 7100-000 | | 12,586.00 | 109,158.23 |
| 04/08/16 | 114 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $792.65; Claim# 7; Filed: $792.65; Reference: | 7100-000 | | 792.65 | 108,365.58 |
| 04/08/16 | 115 | Wells Fargo Bank NA | Dividend paid 100.00% on $44.32; Claim# 1I; Filed: $44.32; Reference: | 7990-000 | | 44.32 | 108,321.26 |
| 04/08/16 | 116 | American Express Centurion Bank | Dividend paid 100.00% on $34.10; Claim# 2I; Filed: $34.10; Reference: | 7990-000 | | 34.10 | 108,287.16 |
| 04/08/16 | 117 | Toyota Motor Credit Corporation | Dividend paid 100.00% on $428.12; Claim# 3I; Filed: $428.12; Reference: | 7990-000 | | 428.12 | 107,859.04 |
| 04/08/16 | 118 | Capital Recovery V, LLC | Dividend paid 100.00% on $9.72; Claim# 4I; Filed: $9.72; Reference: | 7990-000 | | 9.72 | 107,849.32 |
| 04/08/16 | 119 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $75.97; Claim# 6I; Filed: $75.97; Reference: | 7990-000 | | 75.97 | 107,773.35 |

Subtotals :   $617,318.10   $509,544.75

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 12-44389
**Case Name:** DUNBAR, JUANITA SEATON

**Taxpayer ID #:** **-***4947
**Period Ending:** 10/19/16

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******6766 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/16 | 120 | DUNBAR, JUANITA SEATON | Dividend paid 100.00% on $107,763.73; Claim# SURPLUS; Filed: $107,763.73; Reference: | 8200-002 | | 107,763.73 | 9.62 |
| 04/08/16 | 121 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 9.62 | 0.00 |
| | | | Dividend paid 100.00%          4.84 on $4.84;  Claim# 5I; Filed: $4.84 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%          4.78 on $4.78;  Claim# 7I; Filed: $4.78 | 7990-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **617,318.10** | **617,318.10** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **617,318.10** | **617,318.10** | |
| Less: Payments to Debtors | | 122,763.73 | |
| **NET Receipts / Disbursements** | **$617,318.10** | **$494,554.37** | |

| | |
|---|---|
| Net Receipts : | 617,318.10 |
| Less Payments to Debtor : | 122,763.73 |
| Net Estate : | $494,554.37 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6766** | **617,318.10** | **494,554.37** | **0.00** |
| | **$617,318.10** | **$494,554.37** | **$0.00** |

{} Asset reference(s)